CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
Apr. 22, 2016

JULIA C. DUDLEY, CLERK
BY: A. Melvin
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHANG LIM,

    Plaintiff,

v.    Civil Action No. 7:16-cv-00029

GAEL TISACK, *et al.*,    By: Elizabeth K. Dillon
        United States District Judge

    Defendants.

## ORDER

Plaintiff filed a motion for entry of default against all defendants for failure to file and serve an answer within sixty days. (Dkt. No. 17.) Because this court entered an order on April 12, 2016 granting an extension of time until May 3, 2016, for defendants' to file responsive pleadings (Dkt. No. 12), plaintiff's motion for entry of default is DENIED.

The Clerk is directed to send a copy of this order by first class mail to the *pro se* plaintiff, Chang Lim.

Entered: April 22, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge